Mr. Allen raises two issues in his appeal. The first is that the district court erred by applying the higher guidelines under 2B5.1, the counterfeiting guidelines, where it made no findings about any notes as it was required by the application note 4. And the second argument is that the government violated the plea agreement by participating in the evidentiary hearing that the district court called to resolve the factual dispute that had arisen at the sentencing hearing. With respect to the first argument, application note 4 clearly states that the higher guideline of the increase to 15 does not apply where the notes would not pass minimal scrutiny. And the Fourth Circuit and United States v. Miller basically said that that required the district court to take a look at the notes and make factual findings, factual determination about the quality of those notes. Kennedy How would they do it if someone is charged with possessing a counterfeiting press, but had never actually made any notes? What would the court do if it has to look at the notes when there are no notes, but there's still a valid charge, presumably? Well, in United States v. Baronia, what the court held is that the purpose of that application note really is to punish those people that produce good quality notes. And that's a Seventh Circuit case. And here, where no good quality notes were produced, my argument would be that the higher guidelines couldn't apply. Because other ---- That doesn't answer the question. Then here, there happen to be notes, but one needs a generic rule. So how would you ---- since the charge doesn't require that there be notes, how would you apply the ---- the application note to this kind of ---- But if there were no notes that were produced that were of such good quality, whether ---- if there were no notes that would pass good quality or there were notes that were ---- What if there were no notes? Exactly. If there were no notes, then my argument would be that the application note couldn't apply to give to the ---- Well, counsel, the ---- The problem is maybe a slight ---- I have a slightly different question. What you argue makes a lot of sense, that the application note clearly applies to the whole of that part. The argument that it doesn't, doesn't resonate with me. But the question I have is this, isn't it a question of burden of production and burden of persuasion? And what I haven't seen addressed is who has the burden of persuasion on the issue? Now, there are a lot of guidelines or there are some guideline areas where the government has a burden of persuasion, for example, in saying there were guns around during the narcotics transaction. The defense then has a burden of persuasion on the question of but were they really connected to it? Here, the government does have a burden of persuasion in showing that there were presses, let's say. But who has the burden of persuasion on whether the notes were of sufficient quality the way the note here is written? And is there any authority on that particular subject? I don't think that there's specific authority, but I do think that the government has the burden because the way the note is written or the guideline is written, it requires that there be obviously either counterfeiting device or counterfeiting material that there's actual production. And what the application note for says is it doesn't apply where it doesn't, where it wouldn't pass minimal scrutiny. That's what concerned me. The note says, I mean, the actual guidelines says, here is what you do. You add two levels. The note says it doesn't apply to people who produce obviously counterfeit things. But that doesn't tell me that the government has a burden of proving whether it does or does not apply. At least it doesn't tell me offhand. So just. Well, I would say that in the United States v. Miller, they didn't address it head on, but I do think that it suggests that the government has the burden. In that case, they clearly found that he was in possession of counterfeiting devices, counterfeiting materials, and that he actually had produced some notes. But because the court hadn't made any inspection of the notes that were involved, they did reverse the sentence. And I think that that suggests that because there were no notes involved, it wasn't as if Miller had affirmatively presented the poor quality notes to the court. And the Fourth Circuit reversed nonetheless because it just found that it was that at least the government in that case had presented enough evidence. So you would say if there's no, you'd say if there's no evidence one way or the other, the government has a burden of persuasion, so they lose. I have a feeling they're going to be saying something on the contrary, and that's why I was asking you for your authority on it. But that's really what it comes down to, isn't it? But isn't your argument a little narrower here? In the long run, certainly the question that Judge Fernandez asked would have to be asked. But as I understand your problem here, it's that whatever may be the case, whoever had the burden, the district court had to address it and didn't. Correct. And you specifically asked, or he was specifically asked to do so, and he could have said, well, I'm finding that that note doesn't apply because the defendant has the burden and didn't meet it, but he didn't do that either. He just didn't address it. Correct. Correct. And I think that where the government's position that it would only apply to the actual manufacturing, I think that it would lead to absurd results, because here there was some evidence that they had found in the trash bag some photocopies of bills. If the district court had gone further and said, look, I think that he was the one that manufactured or took those photocopies, that then it could then make that factual finding. But where it didn't take that extra, where the defendant doesn't take that extra step to actually be able to produce a note, then that the person who only had the device but didn't actually produce anything, that that person gets the benefit of the lower guidelines, someone who's actually ---- But one thing that is odd is that this application note doesn't reflect anything in the language of the guideline. I mean, ordinarily, I think the application notes are essentially constructions of the guidelines, dealing with some ambiguity in the contents themselves. There's nothing in the guideline itself that would suggest this limitation. So I mean, I think it's one of the reasons I think we're having to struggle with burdens of proof and what if there's no notes and so on, because it doesn't seem to reflect the language. I mean, do we know that this is binding under those circumstances? Well, the Fourth Circuit, the Fifth Circuit, the Seventh Circuit have all held that the district court is bound to make those factual findings because of the application note, and that the district court has to make two steps. First, to make the finding that the person actually had the device or the actually manufactured it, and then has to, because the application note makes those factual findings. Use of the gun and drug transactions is the same thing. The guideline just says, if you've got a gun around, you get the points, and then the application note says, yeah, but if you can show that it wasn't really connected, then you don't. So this is kind of that, looks like this kind of animal, and that's the trouble. Well, I think that whether or not ultimately we – it's something that has to be litigated in the district court. I don't think that the district court did make the factual findings here, and I do think that the court has to remand. You know, that's an interesting technical point, but if I say to the district court, I'd like you to make a factual finding, but I'm not going to – but nobody's going to give you any evidence to make it from, it's kind of an interesting factual finding that's being estimated. Oh, Mike, can I just ask one question about the other issue? If we reverse on this issue, do we get to the second issue? Yes, because the court has to decide whether it's going to go before Judge Burns or whether it's going to go before a different judge, and here the – Judge Burns did give a sentence that was outside the guideline range, also gave a fine of $3,000. So specific performance would require the judge obviously to sentence him to seven months and no fine, and then it might have some effect on his supervised release. So I do think so that with respect to the second issue, the district court felt that he had to resolve a factual issue, but in order to do so, it didn't need the government's participation. The government is in a very unique position. They are more familiar with the investigation than anybody else in the proceeding. They can guide a direct examination in a particular way, and the prosecutor, by making specific guideline recommendations in the plea agreement, waived any right to present any – or participate in any process by which evidence – Well, it didn't say that. It said, I won't make any – this is what I'll recommend, and it was quite scrupulous about doing that. Well – It was fairly scrupulous in terms of the presentation of the witness to be fairly neutral, and in fact the judge took over a fair amount of the sentencing when it was anything approaching cross-examination or anything else. The prosecutor was in a bad position. The question was, what should he have done? And I think that what she should have done is allowed the district court to fact – to resolve the factual dispute on its own by signing the plea agreement, by having specific recommendations in the plea agreement. I think they waived the right to participate in that – in that hearing in any way, and so I do think that – Justice Schuder just stood up and said, Judge – I don't remember who it was – I'm sorry, but I really can't put this witness on. Well, it appears that that's what the prosecutor did in Alfaro. I cited that case in my 28J-336 of 3D-876. In Alfaro, the prosecutor didn't participate in the evidentiary hearing there, and the district court went on to resolve the factual dispute. So I do think that that's what the prosecutor should have done. Thank you. Thank you. May it please the Court, good morning, I'm Michelle Jennings, I represent the United I'd like to begin by noting that I believe, respectfully, that opposing counsel has read the Fifth and Seventh Circuit cases cited in her briefs much too broadly. It's true the Fourth Circuit in Miller did, in fact, say that the district court had a duty to make a determination in the first instance whether or not the bills passed minimal – would pass minimal scrutiny. The Fifth and Seventh Circuit cases cited by opposing counsel, there's no such folding in that. It's a completely different issue. With that said, I'd note that in the Fifth and Seventh Circuit, the defendant in those cases, each of those cases, raised the issue about the passability of the bills in the first instance. She raised the issue, too. I'm sorry, Your Honor? She did raise the issue. I don't believe that's correct, Your Honor. At no point did Mr. Allen or Mr. Allen's counsel say, wait a minute, the bills that we're talking about here would not raise minimal scrutiny. All that opposing counsel did was say, wait a minute, the government has not presented evidence one way or the other whether the bills could pass minimal scrutiny. So a plain reading of the guideline in conjunction with the application note in the government's mind would be as follows. The district – But isn't the only possible connection between the application note and the rule that the – the guideline says, Manufacturer produced any counterfeit obligation or possessed or had a custody over a counterfeiting device used for counterfeiting. So the application note essentially is an application of what counterfeit means in those circumstances, right? I.e., it has to be something that is not obviously counterfeit. In other words, it's part of the determination of whether the rule applies or not. That's what an application note is. And why is it in the government's burden? Because I believe that a plain reading of the guidelines wouldn't support that. The district court makes the determination in the first instance on the face of this guideline should the enhancement apply. And then if there is some reason to believe that it shouldn't, then it's at the sentencing hearing, at that point it should be raised. For example, you know, Your Honor, I understand that my client had a counterfeiting device. However, look at these bills, Judge. These were made in crayon. There's no way. So under the – it's almost an out, a safety – So let me just ask you something. Are you backing off the position in your brief that this doesn't apply at all? Your Honor, I believe that that is still the government's position because there are clearly going to be cases where there aren't any notes and you just simply cannot blanketly – But then under your current theory, you'd win, so you don't have a problem. That's correct, Your Honor. I note, for example, what if you have a conspiracy to manufacture bills? The government arrests an individual who's clearly conspired to manufacture counterfeit bills. He has then made a substantial step towards completing that conspiracy and has a shop press, has other counterfeiting devices. Clearly under the background that explains this guideline, he should get that enhancement because that's exactly what the guideline, the enhancement was meant to deal with, with the fact that people who produce counterfeit or counterfeit obligations should, in fact, get a harsher sentence because they're creating more harm than someone who simply passes it. They haven't produced it yet, on your hypothetical. He has not. They haven't produced them. And the first time they turn the crank, it'll look like a Mickey Mouse bill. And so you'd say the first time they turn the crank and it looks like Mickey Mouse, they're off. But if they haven't turned the crank yet, they get two points. That's correct. Depending on where the burden of persuasion is. It seems to me it all depends on who has the burden of demonstrating that. In your zero evidence situation, if you've got the burden, then they don't get the points. And I believe the burden of persuasion here from a plain reading of the guidelines does fall upon the defendant. If there's some reason to believe that these bills would not pass minimal scrutiny, it's up to the defendant to raise that point with the court. And that didn't happen here despite the fact that there was an evidentiary hearing. That issue wasn't raised by the defendant. And that would bring me to the next issue in terms of the problems with a blanket rule that there must always be an inspection of these bills. What bills are we talking about in this particular case? What should Judge Burns have made an inspection on? The 14 bills that there's no evidence that Mr. Allen actually produced himself. What Mr. Allen pled guilty to was in fact selling those notes. So while it's true that Mr. Allen was... Well, then the whole provision wouldn't apply at all. He has to have custody or control of a counterfeiting device or material that's used for counterfeiting. So there has to be some proof that it was used for counterfeiting. That's true. That there has to be something that it was used for counterfeiting to do. And Judge Burns did in fact find that those items that he had, the adhesive tape, the adhesive spray, the computer that had the notes themselves... It was usable for counterfeiting, but it also had to be used for counterfeiting. And Judge Burns did in fact say that, yes, if one of these things were found by itself, perhaps I wouldn't think that it would be used for counterfeiting. But all these things together in conjunction with the... They could have had it all. I think Judge Fernandez said this before. He could have just bought it all and never used it yet. There had to be a finding that it was used to produce something. And Judge Burns did in fact make that finding. So therefore, somewhere in the world, the bills exist that he counterfeited. So it would then be the government's obligation, even if there was no... That's right, because there's an obligation under the provision itself. Now, I just don't believe that is a fair reading of the guidelines as just a plain meaning of... Sure it is. It says it has to be used for counterfeiting. So there has to be some proof that some counterfeit, something came off those devices. That's true, but I don't believe that it necessarily follows that application note four means that the district court must, in the first instance, without the issue being raised by either counsel, make that finding. Miller is the only court to find it a contrary. And I'd note, in the Miller court, there were seven bills clearly available for the court to inspect. That just simply isn't the case here. Compared to our bags and bags, as I understand it, of shredded bills. There were shredded bills. Clearly, Mr. Allen had discarded those because he didn't believe those were up to the quality... The government could not, with a straight face, argue that these eighth of an inch long strips of paper were passable and... In any event, do you want to briefly address the other issue? Just to say, maybe what we should do is put the burden of proof on the district judge because the whole thing was his idea anyway. I mean, the reason this case is set up the way it is, is that you and the defense had a bargain. And this whole issue was introduced by the district judge. That is correct, Your Honor. Regarding the alleged breach of the plea agreement, I would note that obviously the government does have the duty to ensure that the district court has accurate and complete information. And I'd like to point out that the only information elicited from Agent Graff was information squarely contained within the four corners of the pre-sentence report. There was nothing elicited by government counsel outside of what was already contained within the pre-sentence report. So I would say there might be a different animal here if the government counsel had put Agent Graff on the stand and said, Agent Graff, why don't you go ahead and tell us about the rest of your investigation that you didn't tell probation about, that the judge doesn't know about yet. That would be different. All the government counsel did was simply put the agent on the stand and confirm what was already contained in the pre-sentence report. And on those facts, I don't believe there was any breach. And I definitely believe, and it's the government's position, that the government had the obligation to do that when there was an issue raised on the morning of sentencing, whether or not facts that were contained in the pre-sentence report were accurate. So you don't think that the prosecutor could have said, you know, this is my understanding of the facts that are in the pre-sentence report. You can read it. But in terms of any further participation, I think that would be inconsistent with the plea agreement. And I would ask the court to either ask the questions herself or find a special prosecutor. I've seen that before. And it does put the prosecutor in quite a bad position because it means that when you're asking the questions, you have to really do so in a very narrow and stilted fashion and act in a role that's somewhere between an advocate and a non-advocate. I don't think there would have been anything wrong with that decision. However, I don't think the government had any obligation to do so. I think the government's obligation... I guess I asked the questions that you said before that you had an obligation to do what you did. The government has the obligation to ensure the court has accurate facts in front of it. Could the government counsel have said, Your Honor, I brought Agent Graff to court. You take over from here. Absolutely, the government counsel could have done that. I don't believe the government counsel had any obligation to do so, however. And again, I believe government's obligation was to not put forth any other facts or advocate or ask Agent Graff to advocate any higher sentence. And that did not occur here. All Agent Graff was asked about and all he testified to were facts and circumstances already contained within the pre-sentence report, Your Honor. Thank you very much. Thank you. I don't know whether you have... I guess you have 52 seconds. I do have... And I'll sum it up with the... Actually, 52, I'm sorry, I will give you a minute. Okay, with respect to the last issue, the district court had one factual dispute or one thing raised a factual dispute in the district court mind and it was the fact that the prosecutor had said there was a shot press. Now, clearly that wasn't true and I didn't argue. I thought that she believed it at the time. I didn't argue that she violated the terms of the plea agreement in that moment. But the questions that were asked went beyond that particular question. She asked questions like, and this is cited in my ER 58, did somebody tell you at some point that Mr. Allen was the source of the counterfeiting bills? Did you personally confirm whether or not Mr. Allen had his in his possession materials? She asked other questions that went outside the scope. The case of United States v. Allen is submitted. We will now...
judges: Canby, Fernandez, Berzon